IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ADAM EMERY, Individually and on
behalf of all others similarly situated,**

      Plaintiffs,

  VS.

**COLGATE-PALMOLIVE COMPANY,**
a Delaware Corporation,

      Defendants.                  NO. 11-CV-797-DRH

## O R D E R

**HERNDON, Chief Judge**

Pursuant to **28 U.S.C. §455**, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter.  Through random draw, the Clerk of the Court has reassigned this matter to United States District Judge G. Patrick Murphy.  All further documents filed in this matter shall bear case number **11-CV-797-GPM.**

    **IT IS SO ORDERED.**

**DATED:** September 6, 2011

Digitally signed by
David R. Herndon
Date: 2011.09.06
13:00:36 -05'00'

CHIEF JUDGE
U.S. DISTRICT COURT